■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES F. GRIX, Appellant.— Order which denied, without a hearing, defendant's application in the nature of a writ of error *coram nobis* to vacate a judgment of conviction rendered April 23, 1956, upon the ground that defendant's attorney coerced his plea of guilty, affirmed. (*People* v. *McCants,* 12 N Y 2d 798, cert. den. 374 U. S. 843; and see *People* v. *Rossi,* 28 A D 2d 619, affd. 21 N Y 2d 777.) Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Cooke, JJ., concur.